644

certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. William Lemke* and *William A. Franken* for petitioner. *Messrs. John F. Reinhardt* and *Stonewall J. Jones* for respondents.

No. 601. DIVACK *v.* GOLDBERG, TRUSTEE IN BANKRUPTCY. February 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Archibald Palmer* for petitioner. *Mr. Charles Goldberg, pro se.*

No. 604. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. *v.* DEWALT. February 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Mitchel J. Henderson* for petitioner. No appearance for respondent.

No. 607. HERRING *v.* ALABAMA GREAT SOUTHERN R. Co. February 27, 1939. Petition for writ of certiorari to the Supreme Court of Alabama denied. *Mr. Geo. Lewis Bailes* for petitioner. *Messrs. S. P. Smith, J. T. Stokely, Sidney S. Alderman,* and *S. R. Prince* for respondent.

No. 610. HUDSON *v.* COMMISSIONER OF INTERNAL REVENUE. February 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Sam Costen* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Morton K. Rothschild* for respondent.